DAVID M. JOLLEY (SBN 191164)
Email: djolley@cov.com
SYLVIA HUANG (SBN 313358)
Email: syhuang@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA  94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091

Attorneys for Defendant
TOOTSIE ROLL INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MAXINE BEASLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TOOTSIE ROLL INDUSTRIES, INC.,<br><br>    Defendants | Civil Case No.: 4:18-cv-07724-YGR<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Initial Compl. filed:  December 26, 2018<br>Am. Compl. filed:  March 21, 2019 |

The undersigned counsel for Tootsie Roll Industries, Inc. in the above-captioned matter, having previously entered an appearance in this action, hereby give notice to the Court and to all parties of record of the change in counsel's office address, as indicated below:

>DAVID M. JOLLEY (SBN 191164)
>Email: djolley@cov.com
>SYLVIA HUANG (SBN 313358)
>Email: syhuang@cov.com
>COVINGTON & BURLING LLP
>Salesforce Tower
>415 Mission Street, Suite 5400
>San Francisco, CA 94105
>Telephone: 415-591-6000
>Facsimile: 415-591-6091

The undersigned respectfully requests that the Clerk of the Court and counsel of record make note of this change on their service lists.

DATED: April 19, 2019                                COVINGTON & BURLING LLP

                                                     By: */s/ David M. Jolley*
                                                         David M. Jolley

                                                     *Attorneys for Tootsie Roll Industries, Inc.*