1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MAXINE BEASLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOOTSIE ROLL INDUSTRIES, INC.,<br><br>Defendant. | Case No: 4:18-cv-07724-YGR<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] O̲RDER C̲ONTINUING S̲TATUS C̲ONFERENCE C̲URRENTLY S̲ET FOR J̲ANUARY 10, 2020 |

Having reviewed Plaintiff's Status Report re Stay Pending Appeal and Request to Continue Stay and Continue Status Conference, the Court finds good cause to continue the Status Conference currently set for January 10, 2020 at 9:01 a.m.

The Status Conference is hereby **CONTINUED** to **March 20, 2020** at 9:01 a.m. Counsel for Plaintiff is directed to file a Status Report within five days of the issuance of the Ninth's Circuit's opinion in *McGee v. SL Snacks Nat'l, LLC*, Case No. 17-55577 (9th Cir.), or at least one week prior to the Status Conference, whichever is sooner.

**IT IS SO ORDERED.**

Dated: January 6, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

1

*Beasley v. Tootsie Roll Industries, Inc.*, Case No. 4:18-cv-07724-YGR
[Proposed] Order Granting Continuing Status Conference