1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**
10  **OAKLAND DIVISION**
11

| MAXINE BEASLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOOTSIE ROLL INDUSTRIES, INC.,<br><br>Defendant. | Case No: 4:18-cv-07724-YGR<br><br>[P~~ROPOSED~~] ORDER CONTINUING COMPLIANCE DEADLINE CURRENTLY SET FOR SEPTEMBER 25, 2020 |
|---|---|

Having reviewed Plaintiff's Status Report re Stay Pending Appeal and Request to Continue Stay and Continue Status Conference, the Court finds good cause to continue the compliance deadline currently set for September 25, 2020 at 9:01 a.m.

The compliance deadline is **HEREBY CONTINUED** to **January 15, 2021 at 9:01 a.m.** Counsel for Plaintiff is **ORDERED** to file a Status Report within five days of the issuance of the Ninth's Circuit's opinion in *McGee v. SL Snacks Nat'l, LLC*, Case No. 17-55577 (9th Cir.), or at least one week prior to the compliance deadline, whichever is sooner.

**IT IS SO ORDERED.**

Dated: September 22, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**