1  **THE WESTON FIRM**
2  GREGORY S. WESTON (239944)
   *greg@westonfirm.com*
3  1405 Morena Blvd., Suite 201
   San Diego, CA 92110
4  Telephone:     (619) 798-2006
   Facsimile:     (619) 343-2789
5
   **Counsel for Plaintiff**
6

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers
12/14/2020

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXINE BEASLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOOTSIE ROLL INDUSTRIES, INC.,<br><br>Defendant. | Case No: 4:18-cv-07724-YGR<br><br>ORDER GRANTING<br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2  Please take notice that, pursuant to Fed. R. Civ. P. 41(A)(1)(a), Plaintiff Maxine Beasley hereby

3  voluntarily dismisses this action in its entirety. No stipulation or order of the Court is required to dismiss

4  this case because the Defendant has not answered nor moved for summary judgment.

5  DATED: December 9, 2020                    Respectfully Submitted,

6                                             /s/ Gregory S. Weston

7                                             **THE WESTON FIRM**
                                               GREGORY S. WESTON
8                                              1405 Morena Blvd., Suite 201
                                               San Diego, CA 92110
9                                              Telephone:    (619) 798-2006
                                               Facsimile:    (619) 343-2789
10

11                                             **Counsel for Plaintiff**