1  **THE WESTON FIRM**
2  GREGORY S. WESTON (239944)
   *greg@westonfirm.com*
3  1405 Morena Blvd., Suite 201
   San Diego, CA 92110
4  Telephone:    (619) 798-2006
   Facsimile:    (619) 343-2789
5
   **Counsel for Plaintiff**
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| MAXINE BEASLEY, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br><br>         v.<br><br>TOOTSIE ROLL INDUSTRIES, INC.,<br><br>                 Defendant. | **PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO LOCAL RULE 3-12**<br><br>Case No: 4:18-cv-07724-YGR<br>Pleading Type: Class Action<br><br>Judge: The Honorable Yvonne Gonzalez Rogers<br><br>Action Filed: August 18, 2015 |
| MAXINE BEASLEY, on behalf of herself and all others similarly situated,<br><br>                 Plaintiff,<br><br>         v.<br><br>TOOTSIE ROLL INDUSTRIES, INC.,<br><br>                 Defendant | Case No: 3:21-cv-1297<br>Pleading Type: Class Action<br><br>Judge: Not Yet Assigned<br><br>Action Filed:       January 25, 2021<br>Action Removed:  February 23, 2021 |

---

*Beasley v. Tootsie Roll Industries, Inc.*, Case No. 4:18-cv-07724-YGR
PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Maxine Beasley moves to relate this action ("*Beasley I*") and *Beasley v. Tootsie Roll Industries, Inc.*, No. 3:21-cv-1297 ("*Beasley II*").

Plaintiff provided notice of this motion to counsel for Defendant. On Tuesday, February 23, 2021, Plaintiff's counsel e-mailed counsel for Defendant as follows:

> ND Cal L.R. 3-12 requires us to file a motion to relate cases be filed in the lower-numbered case. To get things moving I would like to file it today. Please let me know if you oppose.

David M. Jolley, counsel for Tootsie Roll Industries, indicated that Defendant would not oppose the motion.

# MOTION TO RELATE CASES

On December 26, 2018, Maxine Beasley filed a class action in this Court, and it was assigned to the Honorable Yvonne Gonzalez Rogers. Her Complaint, sought certification of the following Class: The Class is defined as follows:

> All citizens of California who purchased in California Tootsie Products containing partially hydrogenated oil between January 1, 2010 and December 31, 2016.

Defendant Tootsie Roll Industries ("Tootsie Roll") moved to dismiss the action. The action was stayed pending the resolution of several similar Ninth Circuit cases bringing similar California-law challenges to the addition of trans fat to packaged food. Following the resolution of the last of those actions, Beasley voluntarily dismissed the action without prejudice on December 9, 2020.

On January 25, 2021, Beasley filed a substantially similar class action in Alameda Superior Court. *Beasley II* Dkt. 1-1. The state court action also named Tootsie as the sole defendant. Further, the proposed class from the second action is identical to the proposed class from Ms. Beasley's original action. *Beasley II* Dkt. 1-1 ¶ 90.

On February 23, 2021, Tootsie Roll removed the action to this district court.

Civil Local Rule 3-12(b) provides, "Whenever a party knows or learns that an action filed in . . . this district is (or the party believes that the action may be) related to an action which is ***or was pending***

1

*Beasley v. Tootsie Roll Industries, Inc.*, Case No. 4:18-cv-07724-YGR
PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

in this District as defined in Civil L.R. 3-12(a), the party must promptly file in the lowest-numbered case an Administrative Motion to Consider Whether Cases Should Be Related." (emphasis added).

Civil Local Rule 3-12(a) provides "[a]n action is related to another when (1) the actions concern substantially the same parties, property, transaction, or event" and "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Here, *Beasley II* involves the same plaintiff, the same defendant, the same allegations relating to the unlawful and unfair use of a dangerous food additive, the same legal theories of liability, the same counsel on both the plaintiff and defense side, and an identical class definition.

Finally, this case may also qualify as a refiled action under L.R. 3.3(c). It is not clear if this rule applies to dismissed actions that are refiled in state court and removed. To the extent it does, that rule also requires the filing of a motion to consider if cases should be related.

DATED: February 23, 2021                    Respectfully Submitted,


                                            s/ Gregory S. Weston

                                            **THE WESTON FIRM**
                                            GREGORY S. WESTON
                                            1405 Morena Blvd., Suite 201
                                            San Diego, CA 92110
                                            Telephone:   (619) 798-2006
                                            Facsimile:   (619) 343-2789

                                            **Counsel for Plaintiff**

2

*Beasley v. Tootsie Roll Industries, Inc.*, Case No. 4:18-cv-07724-YGR
PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED